JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| CHRISTIAN MORRIS, | ) Case No. CV 19-06075-RSWL(AS) |
|            Petitioner, | ) |
| | )       **JUDGMENT** |
|    v. | ) |
| CHRISTIAN PFEIFFER, | ) |
|           Respondent. | ) |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 31, 2019.


RONALD S.W. LEW
_____
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE